THE STATE OF OHIO, APPELLEE, *v.* BUTLER, APPELLANT.

[Cite as *State v. Butler,* 98 Ohio St.3d 1218, 2003-Ohio-2017.]

(No. 2002–0545—Submitted March 26, 2003—Decided May 7, 2003.)

{¶ 1} The cause is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, VALEN, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

ANTHONY VALEN, J., of the Twelfth Appellate District, sitting for COOK, J.

Robert D. Horowitz, Stark County Prosecuting Attorney, and Ronald Mark Caldwell, Assistant Prosecuting Attorney, for appellee.

J. Dean Carro, for appellant.

Jim Petro, Attorney General, David M. Gormley, State Solicitor, and Kirk A. Lindsey, Associate Solicitor, urging affirmance for amicus curiae Attorney General of Ohio.